We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MILLS, Appellant.

The defendant was apprehended during the commission of the crime, and there was no police-arranged confrontation. Thus, the court properly denied suppression of the complainant's in-court identification of the defendant. We have considered the defendant's remaining contentions and find them to be without merit. Mangano, P. J., Bracken, Lawrence and Rosenblatt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD NEAL, Appellant.

Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHORUNDA PORCH, Appellant.

Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST CLEVELAND PRICE, Appellant.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Balletta, J. P., Miller, Ritter and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RIVERA, Appellant.

Thompson, J. P., Sullivan, Harwood, Miller and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ROCHESTER, Appellant.

The defendant's claim that the resentence violated the Eighth Amendment prohibition against cruel and unusual punishment is unpreserved for appellate review, and, in any event, is without merit. Mangano, P. J., Bracken, Eiber, Balletta and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE ROSSI, Appellant.

Mangano, P. J., Lawrence, Rosenblatt and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANG LEE, Defendant, and MYUNG SOOK HAN, Nonparty Appellant.